**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

■ _____ Fourth _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Ellison Kendrick _____     JOINT DEBTOR: _____     CASE NO.: 23-20137-PDR _____

SS#: xxx-xx- 4226 ___     SS#: xxx-xx- _____

## I.  NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

## II.  PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.  MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.  $5,736.99 _____ for months  1  to  10  ;

2.  $7,587.43 _____ for months  11  to  60  ;

**B.  DEBTOR(S)' ATTORNEY'S FEE:**  ☐ NONE   ☐ PRO BONO

| | | |
|---|---|---|
| Total Fees: $6,000.00 | Total Paid: $2,000.00 | Balance Due: $4,000.00 |

Payable  $400.00  /month (Months  1  to  10  )

Allowed fees under LR 2016-l(B)(2) are itemized below:
$4,500.00 - Safe Harbor + 3 MTV $1,500.00 = $6,000.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.  TREATMENT OF SECURED CLAIMS   ☐ NONE

**A.  SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1.  Creditor: CitiMortgage, Inc.

Address: c/o Robertson, Anschutz & Schneid
6409 Congress Ave., #100
Boca Raton, FL 33487

Arrearage/ Payoff on Petition Date  $100,000.00

Arrears Payment (Cure)  $1,319.92  /month (Months  1  to  10  )

Arrears Payment (Cure)  $1,736.02  /month (Months  11  to  60  )

Regular Payment (Maintain)  $1,895.00  /month (Months  1  to  60  )

Last 4 Digits of Account No.:  6317

Other: _____

LF-31 (rev. 04/01/22)

Debtor(s): Ellison Kendrick _____ Case number: 23-20137-PDR

☑ Real Property                                    Check one below for Real Property:

☐ Principal Residence                              ☑ Escrow is included in the regular payments

☑ Other Real Property                              ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
234 NE 3rd Street, #504
Miami, FL 33132

☐ Personal Property/Vehicle

Description of Collateral: _____

---

2. Creditor: El Ad Villagio Condo Association

Address: c/o Valancy & Reed PA
310 SE 13th Street
Ft. Lauderdale, FL 33316

| Arrearage/ Payoff on Petition Date | $22,733.19 | | | | |
|---|---|---|---|---|---|
| Arrears Payment (Cure) | $350.00 | /month (Months | 1 | to | 10 ) |
| Arrears Payment (Cure) | $384.67 | /month (Months | 11 | to | 60 ) |
| Regular Payment (Maintain) | $577.34 | /month (Months | 1 | to | 60 ) |

Last 4 Digits of
Account No.: _____

Other:      911

☑ Real Property                                    Check one below for Real Property:

☑ Principal Residence                              ☐ Escrow is included in the regular payments

☐ Other Real Property                              ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
4402 SW 160th Ave., #911
Hollywood, FL 33027

☐ Personal Property/Vehicle

Description of Collateral: _____

---

3. Creditor: Loft Downtown Condo Association

Address: c/o Strang Tryson
1200 Ponce De Leon Blvd
Suite 1001
Miami, FL 33134

| Arrearage/ Payoff on Petition Date | | | | | |
|---|---|---|---|---|---|
| Regular Payment (Maintain) | $525.00 | /month (Months | 1 | to | 60 ) |

Last 4 Digits of
Account No.: _____

Other: _____

☑ Real Property                                    Check one below for Real Property:

☐ Principal Residence                              ☐ Escrow is included in the regular payments

☑ Other Real Property                              ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
234 NE 3rd Street, #504
Miami, FL 33132

☐ Personal Property/Vehicle

Description of Collateral: _____

---

4. Creditor: Internal Revenue Service

Address: POB 7317
Philadelphia, PA 19101

| Arrearage/ Payoff on Petition Date | $4,390.00 | | | | |
|---|---|---|---|---|---|
| Payoff (Including 8.0% monthly interest) | $73.17 | /month (Months | 1 | to | 60 ) |

Last 4 Digits of
Account No.:      4226

Debtor(s): Ellison Kendrick                    Case number: 23-20137-PDR

Other: _____

☑ Real Property

    ☐ Principal Residence

    ☐ Other Real Property

Check one below for Real Property:

☐ Escrow is included in the regular payments

☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
*Any and all un-exempt real and personal property*

☐ Personal Property/Vehicle

Description of Collateral: _____

**B.   VALUATION OF COLLATERAL:**   ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1.   REAL PROPERTY:** ☐ NONE

| 1. Creditor: Loft Downtown Condo Association<br><br>Address: c/o Goede Doboest & Cross<br>2600 Douglas Rd., #717<br>Miami, FL 33134<br><br>Last 4 Digits of Account No.: _____<br><br>Real Property<br>☐ Principal Residence<br>☑ Other Real Property<br>Address of Collateral:<br>234 NE 3rd Street, #504<br>Miami, FL 33132 | Value of Collateral:  $155,093.00<br>Amount of Creditor's Lien:  $0.00<br><br>Interest Rate:  0.00%<br><br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>    ☐ taxes   ☐ insurance directly | **Payment**<br>Total paid in plan:  $0.00<br><br>$0.00 /month (Months ___ to ___) |
| 2. Creditor: Yovani Garcia<br><br>Address: c/o Jerry Borbon, Esq.<br>Borbon & Assoc.<br>814 Ponce De Leon Blvd, #300<br>Miami, FL 33134<br><br>Last 4 Digits of Account No.: _____<br><br>Real Property<br>☑ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br>4402 SW 160th Avenue #911<br>Hollywood, FL 33027 | Value of Collateral:  $265,000.00<br>Amount of Creditor's Lien:  $0.00<br><br>Interest Rate:  0.00%<br><br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>    ☐ taxes   ☐ insurance directly | **Payment**<br>Total paid in plan:  $0.00<br><br>$0.00 /month (Months ___ to ___) |

LF-31 (rev. 04/01/22)

Debtor(s): Ellison Kendrick _____   Case number: 23-20137-PDR

| | | |
|---|---|---|
| 3. Creditor: Yovani Garcia<br><br>Address: c/o Jerry Borbon, Esq.<br>Borbon & Assoc.<br>814 Ponce De Leon Blvd, #300<br>Miami, FL 33134<br><br>Last 4 Digits of Account No.: _____<br><br>Real Property<br>☐ Principal Residence<br>■ Other Real Property<br><br>Address of Collateral:<br>234 NE 3rd Street, #504<br>Miami, FL 33132 | Value of Collateral: $155,093.00<br>Amount of Creditor's Lien: $0.00<br><br>Interest Rate: 0.00%<br><br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>   ☐ taxes  ☐ insurance directly | **Payment**<br><br>Total paid in plan: $0.00<br><br>$0.00 /month (Months ___ to ___ ) |

    **2. VEHICLES(S):** ■ NONE

    **3. PERSONAL PROPERTY:** ■ NONE

  **C. LIEN AVOIDANCE** ■ NONE

  **D. SURRENDER OF COLLATERAL:** ■ NONE

  **E. DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | US Bank NA | | 4402 SW 160 Ave., #911, Hollywood, FL 33027 |
| 2. | The Bank of New York Mellon<br>c/o Select Portfolio Servicing | 0677 | 4402 SW 160 Ave., #911, Hollywood, FL 33027 |
| 3. | Capital One Auto Finance | 8008 | 2018 BMW 5 Series |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ☐ NONE

  **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

  **B. INTERNAL REVENUE SERVICE:** ☐ NONE

| | | | |
|---|---|---|---|
| Total Due: $4,500.51 | | Total Payment $4,500.51 | |
| Payable: $75.01 | /month (Months 1 | to 60 ) | |

  **C. DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

  **D. OTHER:** ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

    Pay $1,631.45 /month (Months 11 to 60 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  **C. SEPARATELY CLASSIFIED:** ■ NONE

**VI. STUDENT LOAN PROGRAM** ■ NONE

LF-31 (rev. 04/01/22)

Debtor(s): Ellison Kendrick _____    Case number: 23-20137-PDR

**VII.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES**    ☒ NONE

**VIII.    INCOME TAX RETURNS AND REFUNDS:**

    ☒ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**IX.    NON-STANDARD PLAN PROVISIONS**    ☐ NONE

    ☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

    *The IRS secured claim of $4,390.00 includes 8% interest*

    ☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Ellison Kendrick _____    Debtor    April 9, 2024 _____    Joint Debtor _____

Ellison Kendrick    Date    Date

/s/ Michael A Frank _____    April 9, 2024 _____

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]    Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.